No. 96–1076. HEITMAN, AKA WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1081. AUBIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1087. QURESHI ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 96–1094. BOYLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1095. BOLDEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–1099. MASON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–1120. BULLOCK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–1154. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5891. MCFARLAND v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–5999. FRITZ v. CHAMPION, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–6188. HILL v. JONES, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96–6394. COOK v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–6400. SPEIGHT v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–6405. KUHNS v. TEAM BANK ET AL. C. A. 5th Cir. Certiorari denied.